Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
(970) 245-9075
chris@harmonseidman.com

Amanda L. Bruss (SBN 246249)
Harmon & Seidman LLC
8728 East 54th Place
Denver, Colorado 80238
(415) 271-5754
amanda@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
PO Box 3097
Jackson, WY 83001
(970) 270-4718
alex@harmonseidman.com

*Attorneys for Plaintiff Viesti Associates, Inc.*

Christopher P. Beall (*pro hac vice pending*)
Email: cbeall@foxrothschild.com
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone:    (212) 878-7927
Facsimile:    (212) 692-0940

Neal S. Cohen (Admitted *pro hac vice*)
Email: ncohen@foxrothschild.com
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80292
Telephone:    (303) 292-1200
Facsimile:    (303) 292-1300

Jaemin Chang (SBN 232612)
Email: jchang@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436

*Attorneys for Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIESTI ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC and MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC <br><br> Defendants. | Case No. 3:16-cv-07315-RS <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING FIRST REQUEST BY PLAINTIFF FOR EXTENSION OF TIME FOR OPPOSITION TO DEFENDANTS' MOTIONS TO TRANSFER VENUE AND DISMISS THE COMPLAINT; DECLARATION OF ALEX RICE KERR** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION TO MOTIONS TO TRANSFER VENUE AND DISMISS COMPLAINT; KERR DECL.

CASE NO. 3:16-cv-07315-RS

Pursuant to Local Rule 6-2, Plaintiff Viesti Associates, Inc. ("Viesti") and Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC ("MHE"), by and through their respective undersigned counsel, stipulate to, and respectfully request that the Court enter, an Order extending Viesti's time to file oppositions to MHE's motions (1) to transfer venue pursuant to 28 U.S.C. § 1404(a) (Doc. 16); and (2) to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 17). In support of the Stipulation, Viesti respectfully submits the Declaration of Alex Rice Kerr, and the Parties state as follows:

1. MHE filed its motions to transfer venue, and to dismiss, on January 26, 2017.

2. Viesti's oppositions to the motions are currently due on or before February 9, 2017.

3. Viesti seeks a 14-day extension of time up to and including February 23, 2017 to file its oppositions to the motions to transfer venue and to dismiss. Viesti requests this extension to give it adequate time to respond to the various issues raised by MHE's motions.

4. Viesti also requests that the Court re-set the March 9, 2017 hearing on the motions to March 23, 2017.

5. Viesti has not previously requested any extension of time for filing its oppositions.

6. MHE's counsel does not oppose Viesti's requested extension.

WHEREFORE, the parties respectfully request entry of the Proposed Order below.

DATED: February 2, 2017

s/ *Alex Rice Kerr*
Alex Rice Kerr
Harmon & Seidman LLC
*Attorneys for Plaintiff Viesti Associates, Inc.*

s/ *Christopher P. Beall*
Christopher P. Beall
Fox Rothschild LLP
*Attorneys for Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/2/17

Hon. Richard Seeborg
United States District Judge

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION
TO MOTIONS TO TRANSFER VENUE AND DISMISS COMPLAINT; KERR DECL.

CASE NO. 3:16-cv-07315-RS

# CERTIFICATE OF CONCURRENCE IN FILING

Pursuant to Local Rule 5(i)(3), I hereby certify that concurrence in the filing of the foregoing Stipulation has been obtained from each of the other signatories.

*s/ Alex Rice Kerr*
Alex Rice Kerr

**DECLARATION OF ALEX RICE KERR**

1. I, Alex Rice Kerr, make this declaration pursuant to 28 U.S.C. § 1746 in support of the Stipulation between Plaintiff Viesti Associates, Inc. ("Viesti") and Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC ("MHE"), and the parties' request that the Court enter an Order extending Viesti's time to file oppositions to MHE's motions (1) to transfer venue pursuant to 28 U.S.C. § 1404(a) (Doc. 16); and (2) to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 17). I have personal knowledge of the facts stated herein and if called upon could testify to them.

2. MHE filed its motions to transfer venue, and to dismiss, on January 26, 2017.

3. Viesti's oppositions to the motions are currently due on or before February 9, 2017.

4. Viesti seeks a 14-day extension of time up to and including February 23, 2017 to file its oppositions to the motions to transfer venue and to dismiss. Viesti requests this extension to give it adequate time to respond to the various issues raised by MHE's motions.

5. Viesti also requests that the Court re-set the March 9, 2017 hearing on the motions to March 23, 2017.

6. Viesti has not previously requested any extension of time for filing its oppositions.

7. MHE's counsel does not oppose Viesti's requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2017

_____
Alex Rice Kerr

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION TO MOTIONS TO TRANSFER VENUE AND DISMISS COMPLAINT; KERR DECL.

CASE NO. 3:16-cv-07315-RS

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I caused a true and correct copy of the foregoing pleading to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

*s/ Alex Rice Kerr*
Alex Rice Kerr

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION
TO MOTIONS TO TRANSFER VENUE AND DISMISS COMPLAINT; KERR DECL.

CASE NO. 3:16-CV-07315-RS