Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
(970) 245-9075
chris@harmonseidman.com

Amanda L. Bruss (SBN 246249)
Harmon Seidman Bruss & Kerr, LLC
8728 East 54th Place
Denver, Colorado 80238
(415) 271-5754
amanda@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon Seidman Bruss & Kerr, LLC
PO Box 3097
Jackson, WY 83001
(970) 270-4718
alex@harmonseidman.com

*Attorneys for Plaintiff Viesti Associates, Inc.*

Christopher P. Beall (*pro hac vice pending*)
Email: cbeall@foxrothschild.com
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone:    (212) 878-7927
Facsimile:    (212) 692-0940

Neal S. Cohen (Admitted *pro hac vice*)
Email: ncohen@forxrothschild.com
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80292
Telephone:    (303) 292-1200
Facsimile:    (303) 292-1300

Jaemin Chang (SBN 232612)
Email: jchang@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436

*Attorneys for Defendants McGraw-Hill Global
Education Holdings, LLC and
McGraw-Hill School Education Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIESTI ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC and MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC <br><br> Defendants. | Case No.  3:16-cv-07315-RS <br><br> **NOTICE OF FILING THE FIRST AMENDED COMPLAINT** <br><br> and <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE FIRST AMENDED COMPLAINT AND PENDING MOTIONS** |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. Pro. 15(a)(1)(B) and by today's filing of the First Amended Complaint ("FAC"), that Plaintiff Viesti Associates, Inc. ("Viesti") amends its Complaint (Doc. 1) as a matter of course because Defendants McGraw-Hill Global Education

Holdings, LLC ("MHGEH") and McGraw-Hill School Education Holdings, LLC ("MHSEH") have not filed an answer, but rather filed a motion to dismiss the Complaint on January 26, 2017 pursuant to Fed. R. Civ. Pro. 12(b)(6) (Doc. 17).

Although not required by Fed. R. Civ. Pro. 15(a)(1)(B), Defendant MHGEH has provided written consent to the filing of the FAC. (Because the FAC deletes Defendant MHSEH from this case, MHSEH takes no position.)

THE PARTIES STIPULATE that the Defendant MHGEH waives notice and service of the amended complaint.

THE PARTIES FURTHER STIPULATE that the removal of MHSEH as defendant is without prejudice and that Viesti and MHSEH each bear their own costs and attorney's fees related to the filing of the FAC.

THE PARTIES FURTHER STIPULATE that two motions filed by Defendants MHGEH and MHSEH (Motion to Transfer (Doc. 16) and Motion to Dismiss (Doc. 17)) remain pending before the Court (albeit with MHSEH to be removed from the action).

WHEREFORE, the parties respectfully request entry of the Proposed Order below.

DATED: February 2, 2017

s/ *Alex Rice Kerr*
Alex Rice Kerr
Harmon & Seidman LLC
*Attorneys for Plaintiff Viesti Associates, Inc.*

s/ *Christopher P. Beall*
Christopher P. Beall
Fox Rothschild LLP
*Attorneys for Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/2/17

_____
Hon. Richard Seeborg
United States District Judge

**CERTIFICATE OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of the foregoing Stipulation has been obtained from each of the other signatories.

*s/ Alex Rice Kerr*
Alex Rice Kerr

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, I caused a true and correct copy of the foregoing pleading to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

*s/ Alex Rice Kerr*
Alex Rice Kerr