| | |
|---|---|
| Christopher Seidman (SBN 98884)<br>Harmon, Seidman, Bruss, & Kerr, LLC<br>101 South Third Street, Suite 265<br>Grand Junction, Colorado 81501<br>(970) 245-9075<br>chris@harmonseidman.com<br><br>Alex Rice Kerr (SBN 264821)<br>Harmon Seidman Bruss & Kerr, LLC<br>PO Box 3097<br>Jackson, WY 83001<br>(970) 270-4718<br>alex@harmonseidman.com<br><br>*Attorneys for Plaintiff Viesti Associates, Inc.* | Christopher P. Beall (*pro hac vice*)<br>cbeall@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, Suite 1700<br>New York, NY 10178<br>Tel. (212) 878-7927<br>Fax. (212) 692-0940<br><br>Michael Beylkin (*pro hac vice*)<br>mbeylkin@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>Tel. (303) 292-1200<br>Fax. (303) 292-1300<br><br>*Attorneys for Defendant McGraw-Hill Global Education Holdings, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIESTI ASSOCIATES, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC<br>　　　　　Defendant. | Case No. 16-cv-07315-RS<br><br>**STIPULATION OF DISMISSAL and [PROPOSED] ORDER** |

　　　Plaintiff Viesti Associates, Inc. and Defendant McGraw-Hill Global Education Holdings, LLC, through their undersigned counsel, jointly stipulate pursuant to Rule 4l(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of this civil action WITH PREJUDICE, all parties to bear their own costs and attorneys' fees.

| | |
|---|---|
| /s/ Alex Rice Kerr | /s/ Michael Beylkin |
| Alex Rice Kerr | Michael Beylkin |
| Harmon Seidman Bruss & Kerr LLC | Fox Rothschild LLP |
| PO Box 3097 | 1225 17th Street, Suite 2200 |
| Jackson, WY 83001 | Denver, CO 80202 |
| (970) 270-4718 | Tel. (303) 292-1200 |
| alex@harmonseidman.com | mbeylkin@foxrothschild.com |
| *Attorney for Plaintiff Viesti Associates, Inc.* | *Attorney for Defendant McGraw-Hill Global Education Holdings, LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/27/17

_____
RICHARD SEEBORG
United States District Judge